UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FERMIN ALDABE                                   :
                                                :       ORDER
                    Plaintiff,                  :       23 Civ. 850 (AT) (GWG)
                                                :
        -v.-                                    :
                                                :
SULLIVAN & CROMWELL LLP et al.,                 :
                                                :
                    Defendants.                 :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    1. This case has been referred to Judge Gorenstein for general pre-trial purposes. See 28 U.S.C. § 636(b)(1)(A). All pre-trial motions or applications, including those relating to scheduling and discovery, shall be made to Judge Gorenstein (except for motions to dismiss or for judgment on the pleadings, for injunctive relief, or for summary judgment). All applications must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein

    2. Any answer or motion to dismiss shall be filed by the deadline provided in Fed. R. Civ. P. 81(c)(2), unless an extension is sought and granted. Any motion to dismiss or other dispositive motion is returnable before Judge Torres and shall comply with her "Individual Practices in *Pro Se* Cases."

    3. The Court notes that Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York ((212) 805-0175) may be of assistance to pro se litigants in connection with court procedures. The Court's website (https://www.nysd.uscourts.gov/prose) also contains instructions for pro se litigants.

    SO ORDERED.

Dated: February 3, 2023
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge