UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FERMIN ALDABE                                          :

                Plaintiff,                          :        <u>ORDER</u>

   -v.-                                                        :
                                                                  23 Civ. 850 (AT) (GWG)
SULLIVAN & CROMWELL LLP, et al.,            :

                Defendants.                      :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Defendant has filed a motion to dismiss dated April 4, 2023. The plaintiff's opposition, which shall be in the form of a memorandum of law, shall be due on May 4, 2023. If plaintiff disputes the authenticity of any of the exhibits attached to Declaration of Matthew J. Popora, he shall attach a sworn statement giving the basis for his claim that any document is not authentic. Otherwise, the plaintiff shall not attach any evidence to his memorandum of law and the memorandum of law shall assume the facts of the case are limited to the allegations of the Second Amended Complaint and the documents attached to the Declaration of Matthew J. Porpora.

      Defendant shall file any reply within 21 days of the filing of plaintiff's brief.

      SO ORDERED.

Dated: April 6, 2023
       New York, New York

                                                                GABRIEL W. GORENSTEIN
                                                                United States Magistrate Judge