**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
FERMIN ALDABE,

                Plaintiff,

   -against-                                          23 **CIVIL** 0850 (AT)(GWG)

## **JUDGMENT**

SULLIVAN & CROMWELL LLP, JAMES L.
BROMLEY, and FABIO WEINBERG CROCCO,

                Defendants.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 1, 2023, the Court ADOPTS Judge Gorenstein's R&R in its entirety. Defendants' motion to dismiss is GRANTED. Plaintiff's claims are DISMISSED with prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      November 2, 2023

                                                         **RUBY J. KRAJICK**
                                                          Clerk of Court

                             **BY:**
                                                         _____
                                                              **Deputy Clerk**